## Shiver *v.* Hardy, *et al.*

*Ejectment.*

(Decided Dec. 21, 1905, 39 So. Rep. 669.)

APPEAL from Houston Circuit Court.
Heard before Hon. JOHN T. HUBBARD.

REED, SOLLIE & KIRKLAND, for appelland.

ESPY & FARMER, for appellees.

Reversed and Remanded.

Opinion by DENSON, J.

TYSON, SIMPSON and ANDERSON, JJ., concur.

---

## Peacock *v.* Kirkland.

*Ejectment.*

(Decided Dec. 21, 1905, 39 So. Rep. 670.)

APPEAL from Houston Circuit Court.
Heard before Hon. TERRY RICHARDSON.

R. D. CRAWFORD, for appellant.

REED & HILL, for appellee.

Appeal dismissed.

Opinion by TYSON, J.

HARALSON, DOWDELL, SIMPSON and DENSON, JJ., concur.

---

## Jordan, *et al. v.* Simmons.

*Assumpsit.*

(Decided Dec. 21, 1905, 39 So. Rep. 670.)

APPEAL from Covington Circuit Court.
Heard before Hon. WILLIAM H. SAMFORD, special judge.

J. F. JONES, for appellant.

POWELL, ALBRITTON & ALBRITTON, for appellee.

TYSON, J.—Under the authority of *Tisdale v. Alabama & Georgia Lumber Co.*, 131 Ala. 456, 31 So. Rep. 729, the bill of exceptions must be stricken, and there being no error of record, the case is affirmed.

HARALSON, SIMPSON and ANDERSON, JJ., concur.